IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHARLES SCHWAB & CO., INC., | ) | |
| | ) | |
| Plaintiff, | ) | Judge Amy J. St. Eve |
| | ) | |
| v. | ) | Magistrate Judge Arlander Keys |
| | ) | |
| BRIAN D. CARTER, ACORN ADVISORY | ) | Case No. 04 C 7071 |
| MANAGEMENT, L.L.C., and ACORN | ) | |
| ADVISORY CAPITAL, L.P., | ) | |
| | ) | |
| Defendants. | ) | |

FILED

APR 2 1 2005

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### PLAINTIFF'S MOTION FOR LEAVE
### TO FILE MOTION UNDER SEAL, *INSTANTER*

Plaintiff Charles Schwab & Co., Inc. ("Schwab") hereby respectfully requests, pursuant

to LR5.8 and this Court's Order entered November 30, 2004, for leave to file Plaintiff's Motion

To Compel Defendants' Compliance With Discovery Or For Other Relief under seal, a copy of

which is attached in the sealed envelope accompanying this motion. In support of this motion,

Schwab states as follows:

1.      This is a case involving the alleged misappropriation of trade secrets, and thus the

discovery process has necessarily involved the disclosure and exchange of certain proprietary

and confidential information (hereinafter, "Confidential Information") protected pursuant to an

Agreed Protective Order entered by the Court on November 30, 2004.

2.      Schwab now moves to compel Defendants' compliance with discovery. In order

to apprise the Court of the bases for Schwab's motion to compel, Schwab's motion includes

certain Confidential Information. In particular, the motion (a) summarizes deposition transcripts

which were as an initial matter designated as protected pursuant to the Agreed Protective Order

(the parties may be able to agree that these sections may be filed in the public record without

waiving other protections) and (b) attaches documents (Exs. E-G) which have been designated as

Confidential or Attorneys' Eyes Only pursuant to the Agreed Protective Order (including records

relating to the trade secrets Schwab seeks to protect in this lawsuit).

WHEREFORE, Schwab respectfully requests that this Court enter an order granting

Schwab leave to file Plaintiff's Motion to Compel Defendants' Compliance With Discovery Or

For Other Relief under seal, *instanter*, and that the Court afford such other relief as is just.

April 21, 2005                                      Respectfully submitted,

                                                    CHARLES SCHWAB & CO., INC.

                                                    By: _____

Eric D. Brandfonbrener
Darrell J. Graham
Jonathan Buck
PERKINS COIE LLP
131 S. Dearborn, Suite 1700
Chicago, IL  60603
Tel:  (312) 324-8400
Fax:  (312) 324-9400

## CERTIFICATE OF SERVICE

I, Jonathan R. Buck, certify that on April 21, 2005, I caused true and complete copies of

**1) PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTION UNDER SEAL,**

***INSTANTER***, and **2) NOTICE OF MOTION** to be served by messenger on:

Peter V. Baugher
Arthur J. Howe
Schopf & Weiss, LLP
312 West Randolph Street - Suite 300,
Chicago, Illinois 60606-1721
Fax: 312.701.9335