IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
APR 21 2005
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| CHARLES SCHWAB & CO., INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BRIAN D. CARTER, ACORN ADVISORY ) <br> MANAGEMENT, L.L.C., and ACORN ) <br> ADVISORY CAPITAL, L.P., ) <br> ) <br> Defendants. ) | Judge Amy J. St. Eve <br><br> Magistrate Judge Arlander Keys <br><br> Case No. 04 C 7071 |

### PLAINTIFF'S MOTION TO COMPEL DEFENDANTS' COMPLIANCE WITH DISCOVERY OR FOR OTHER RELIEF

Plaintiff Charles Schwab & Co., Inc. incorporates in this motion its Motion to Compel Defendants' Compliance With Discovery Or For Other Relief which is being filed concurrently with the instant motion and noticed for hearing at the same time under (attached to) Plaintiff's Motion for Leave to File Motion Under Seal, *Instanter*.

April 21, 2005

Respectfully submitted,

CHARLES SCHWAB & CO., INC.

By: _____

Eric D. Brandfonbrener
Darrell J. Graham
Jonathan Buck
PERKINS COIE LLP
131 S. Dearborn, Suite 1700
Chicago, IL 60603
Tel: (312) 324-8400

## CERTIFICATE OF SERVICE

I, Jonathan Buck, certify that on April 21, 2005, I caused true and complete copies of **1) PLAINTIFF'S MOTION TO COMPEL DEFENDANTS' COMPLIANCE WITH DISCOVERY OR FOR OTHER RELIEF**, and **2) NOTICE OF MOTION** to be served by messenger on:

Peter V. Baugher
Arthur J. Howe
Schopf & Weiss, LLP
312 West Randolph Street - Suite 300
Chicago, Illinois 60606-1721
Fax: 312.701.9335

_____